# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MADERO, | Case No. CV 13-01690 FMO (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GREG LEWIS, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 31, 2015

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE